IN THE UNITED STATES DISTRICT COURT
FOR WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| **TAMBERLY TANNEHILL,** | : | |
| | : | **Case No. 3:11-cv-396** |
| **Plaintiff,** | : | |
| | : | |
| v. | : | |
| | : | |
| **EXPERIAN INFORMATION SOLUTIONS, INC.,** | : | |
| | : | |
| **Defendant.** | : | |

## AGREED ORDER AND STIPULATION OF DISMISSAL

By agreement of the parties to the above-styled action, by counsel and pursuant to FRCP 41(a)(1)(A)(ii), and the Court being advised that this matter has been settled in its entirety with prejudice by agreement of the parties reached on May 16, 2012; therefore, all claims and controversies raised by any party in any of the foregoing pleadings in this cause are dismissed as settled with prejudice, each party to pay its own costs.

This is a final and appealable order, and there is no just cause for delay.

So ordered